■ ANTHONY R. SPENCER et al., as Administrators of the Estate of LENA H. YERGAN, Also Known as LENA HALPERN, Deceased, Respondents, v CHASE MANHATTAN BANK, N. A., Appellant. (And Third- and Fourth-Party Captions.)—In an action to recover damages for the alleged negligent and unlawful transfer of certain savings and checking accounts, defendant appeals from an order of the Supreme Court, Westchester County, dated November 18, 1976, which denied its motion for summary judgment. Order affirmed, with $50 costs and disbursements. There are triable issues of facts sufficient to require the denial of the present motion. Latham, J. P., Cohalan, Rabin and Hawkins, JJ., concur.